James K. Schultz, Esq. (SBN 309945)
Kenneth A. Ohashi, Esq. (SBN 230440)
Brittany L. Shaw, Esq. (SBN 331773)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
kohashi@sessions.legal
bshaw@sessions.legal
*Attorneys for Defendant Unifin, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA DONEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNIFIN, INC.; and DOES 1-5<br><br>        Defendants. | Case No: 4:21-cv-4751-KAW<br><br>AMENDED JOINT STIPULATION TO EXTEND DEADLINES; ORDER (AS MODIFIED)<br><br>[Local Rule 6-1(a)] |

Plaintiff Angelina Donez ("Plaintiff") and Defendant Unifin, Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Defendant requires additional time to investigate the matter; and

WHEREAS, the Parties have commenced discussions to explore an informal resolution of this Action in good faith;

WHEREAS, the Parties agree that a brief extension of current deadlines will facilitate discussions for a possible early settlement of the matter; and

WHEREAS, this is the Parties' first request for an extension of any deadlines in this Action;

The Parties agree and stipulate to extend the following deadlines currently pending in this Action:

1. Defendant Unifin, Inc.'s time within which to respond to the Complaint is extended from 9/1/2021 to 9/15/2021.

2. The Parties' last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, is extended to 8/31/2021 to 9/14/2021.

3. The Parties' last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement, is extended from 9/14/2021 to 9/28/2021.

4. The INITIAL CASE MANAGEMENT CONFERENCE (CMC) is continued from 9/21/2021, to a date at least two (2) weeks thereafter subject to the Court's calendar availability.

**IT IS SO STIPULATED.**

1 | Dated: September 1, 2021        THE GRACE LAW GROUP, APC

2

3        */s/ Scott M. Grace*
         Scott M. Grace
4        *Attorney for Plaintiff*
         *Angelina Donez*
5

6

7        SESSIONS, ISRAEL & SHARTLE, L.L.P.

8

9        */s/ James K. Schultz*
         James K. Schultz
10       *Attorney for Defendant Unifin, Inc.*

# SIGNATURE ATTESTATION

[*Local Rule 5-1(i)(3)*]

I hereby attest that I have obtained concurrence in the filing the content of this document from counsel for plaintiff, and have obtained his authorization to affix his electronic signature to this document.

/s/   James K. Schultz
James K. Schultz
*Attorney for Defendant Unifin, Inc.*

**ORDER (AS MODIFIED)**

Pursuant to the foregoing Stipulation, and for good cause shown, the Court orders as follows:

1. Defendant Unifin, Inc.'s time within which to respond to the Complaint is extended from 9/1/2021 to 9/15/2021.

2. The Parties' last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, is extended to 8/31/2021 to 9/14/2021.

3. The Parties' last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement, is extended from 9/14/2021 to 10/19/2021.

4. The INITIAL CASE MANAGEMENT CONFERENCE (CMC) is continued from 9/21/2021 to  10/26/2021  at  1:30 PM.

**IT IS SO ORDERED AS MODIFIED.**

Dated:  Septmber 10 , 2021

HON. KANDIS A. WESTMORE
United States Magistrate Judge